IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David L. Brewster, :
                Petitioner :
                 :
        v. :
                 :
Pennsylvania Board of Probation :
and Parole, :
                Respondent : No. 2372 C.D. 2014

**O R D E R**

NOW, October 14, 2015, having considered petitioner's application for reargument *en banc*, the application is denied.

_____
DAN PELLEGRINI,
President Judge